BROTHERHOOD OF RAILROAD TRAINMEN ET AL.
v. O'CONNELL ET AL.

No. 158. Argued January 14, 1969.—Decided May 26, 1969.*

*Arnold B. Elkind* argued the cause and filed a brief for petitioners in No. 158. *David Leo Uelmen* argued the cause for petitioners in No. 172. With him on the briefs were *David Previant, John J. Naughton, James P. Reedy,* and *Gerry M. Miller.*

*Lee Leibik* argued the cause for respondents in each case. With him on the briefs was *Ruth Weyand.*

*Harold A. Ross* filed briefs for the Brotherhood of Locomotive Engineers as *amicus curiae* urging reversal in both cases.

*Harold C. Heiss* filed a brief for the Brotherhood of Locomotive Firemen & Enginemen as *amicus curiae* urging affirmance in both cases.

PER CURIAM.

The judgments are vacated and the cases are remanded to the respective district courts with instructions to dismiss the cases as moot.

---

*Together with No. 172, *Dirks et al.* v. *Birkholz et al.,* on certiorari to the United States Court of Appeals for the Seventh Circuit.